# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00761-JRG-RSP |
| v. | § § | **LEAD CASE** |
| KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH STREET GRILL & BAR | § § § § | **CONSOLIDATED** |
| | § | Jury Trial Demanded |
| *Defendant.* | § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00768-JRG-RSP |
| v. | § § | Jury Trial Demanded |
| FRESHII USA, INC. | § § § | |
| *Defendant.* | § | |

### PLAINTIFF DIETGOAL INNOVATIONS, LLC'S
### MOTION TO STAY ALL DEADLINES AS TO DEFENDANT FRESHII USA, INC.

Plaintiff DietGoal Innovations LLC ("DietGoal") hereby moves for a stay of all deadlines as to Defendant Freshii USA, Inc. ("Freshii"). On July 15, 2013, a Clerk's Entry of Default was entered in favor of DietGoal against Freshii (Dkt. 21). DietGoal is in the process of preparing a motion for entry of final default judgment in favor of DietGoal against Freshii. Therefore, DietGoal respectfully requests a stay of all deadlines as to Freshii for 45 days, until October 18, 2013.

This motion is submitted not for purposes of undue delay, but so that DietGoal may complete the process of obtaining a default judgment against Freshii.

Dated: September 3, 2013          Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Michael D. Ricketts*
    Christopher M. Joe (Lead Counsel)
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Eric W. Buether
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Michael D. Ricketts
    State Bar No.24079208
    Mickey.Ricketts@BJCIPLaw.com
    Niky Bukovcan
    State Bar No. 24078287
    Niky.Bukovcan@BJCIPLaw.com
    Monica Tavakoli
    State Bar No. 24065822
    Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 730-5653
Facsimile: (214) 730-4698

**THE LAW OFFICES OF DAMON YOUNG**
Damon M. Young
State Bar No. 2176700
damon@dylawoffices.com
4122 Texas Boulevard
P.O. Box 1897*
Texarkana, TX. 75503 (*04*)
Telephone: (903) 794-1303
Facsimile: (903) 792-5098

**ATTORNEYS FOR PLAINTIFF DIETGOAL INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 3rd day of September, 2013. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Michael D. Ricketts*
Michael D. Ricketts