**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DietGoal Innovations LLC, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:12-cv-768 |
| § | |
| v. § | |
| § | |
| Freshii., § | |
| § | |
| Defendant. § | |

## ORDER

The above-entitled and numbered cause of action was previously referred to the Honorable Roy S. Payne for pretrial purposes. The undersigned hereby **VACATES** the referral of this case to Judge Payne for pretrial purposes.

IT IS SO ORDERED.

SIGNED this 23rd day of June, 2014.

*/s/ William C. Bryson*

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE